IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LATUNDA KNOWLES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FIRST CARE MANAGEMENT GROUP, LLC, GEN3 HOLDINGS, LLC d/b/a Parsons House on Eagle Run, and GEN3 HOLDINGS, LLC,<br><br>　　　　　　Defendants. | 8:19CV180<br><br>ORDER TO<br>SHOW CAUSE |

This matter is before the Court on defendant First Care Management Group, LLC's ("First Care") Notice of Removal (Filing No. 1), in which First Care "notifies the Court that it has removed [this case] from the District Court of Douglas County, Nebraska, Case No. CI 19-2289, pursuant to 28 U.S.C. §§ 1331 and 1441." Absent from First Care's notice is any indication that "all defendants who [were] properly joined and served . . . join[ed] in or consent[ed] to the removal of the action" as required by 28 U.S.C. § 1446(b)(2)(A).

In light of the foregoing, First Care shall have until September 12, 2019, to show cause why this case should not be remanded to state court for failure to timely comply with 28 U.S.C. §§ 1441 and 1446. Failure to respond to this Order to Show Cause may result in the Court remanding this case without further notice.

IT IS SO ORDERED.

Dated this 5th day of September 2019.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*Robert F. Rossiter, Jr.* (signature)
　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge