IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LATUNDA KNOWLES,<br><br>          Plaintiff,<br><br>v.<br><br>FIRST CARE MANAGEMENT GROUP, LLC, GEN3 HOLDINGS, LLC, doing business as Parsons House on Eagle Run, and GEN3 HOLDINGS, LLC,<br><br>          Defendants. | 8:19CV180<br><br>ORDER TO<br>SHOW CAUSE |

      Plaintiff Latunda Knowles ("Knowles") has named Gen3 Holdings, LLC, doing business as Parsons House on Eagle Run, and Gen3 Holdings, LLC ("Gen3") as defendants in this case. Gen3 has advised the Court that Gen3 is a single entity and that Parsons House on Eagle Run is a trade name (Filing No. 5). Simply using a business or trade name generally does not create a separate legal entity distinct from the company operating the business. Accordingly, Knowles shall have until September 12, 2019, to show cause why one of the Gen3 defendants should not be stricken as duplicative. Failure to comply with this Order to Show cause could result in the Court dismissing one of the Gen3 defendants without further notice.

      IT IS SO ORDERED.

      Dated this 5th day of September 2019.

                                               BY THE COURT:

                                               Robert F. Rossiter, Jr.
                                               United States District Judge